UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JENNIFER BAIRD,

            Plaintiff,

  - against -

COLLECTO, INC. d/b/a EOS CCA,

            Defendant.
_____

Civil Action No.: 6:12-CV-06686 (CJS)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by all parties to this action in accordance with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that this action is dismissed with prejudice. Each party hereto shall bear its own costs and attorneys' fees.

| | |
|---|---|
| Dated: Penfield, New York<br>       June 12, 2013 | Dated: New York, New York<br>       June 12, 2013 |
| LAW OFFICE OF DAVID M. KAPLAN | PHILLIPS LYTLE LLP |
| By: /s/ David M. Kaplan<br>     David M. Kaplan, Esq.<br>Attorney for Plaintiff<br>Jennifer Baird<br>2129 Five Mile Line Road<br>Penfield, New York 14526<br>Telephone: (585) 330-2222<br>Email: dmkaplan@rochester.rr.com | By: /s/ Andrew J. Wells<br>     John G. Schmidt Jr., Esq.<br>     Andrew J. Wells, Esq.<br>Attorneys for Defendant<br>EOS CCA<br>620 Eighth Avenue, 23rd Floor<br>New York, New York 10018<br>Telephone: (212) 759-4888<br>Email: jschmidt@phillipslytle.com<br>       awells@phillipslytle.com |

SO ORDERED

_____
                U.S.D.J

Doc #05-435109.1